**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

APRIL LEAH WHITE                                                                                        PLAINTIFF

vs.                                                                   CIVIL ACTION NO. 4:12-CV-204 HTW-LRA

BILL HOWELL, and DONNIE ADKINS                                                                DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

The defendant Howell's Motion for Summary Judgment [16] is granted. Further, that the defendant's Motion to Dismiss [6] the state law claims asserted against them is also granted and that this case be finally dismissed with prejudice.

**SO ORDERED, this the 30TH day of September, 2013.**

                                                **s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**